UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 24-245 |
| KERNELIUS ALFORD | * | SECTION "D" |

## MOTION TO SUPPRESS EVIDENCE, FRUITS, AND STATEMENTS ON MAY 2, 2024

Kernelius Alford, through undersigned counsel, respectfully moves this Honorable Court to suppress evidence, and fruits and statements on May 2, 2024.

In support thereof, the defendant respectfully submits the accompanying memorandum.

Respectfully submitted this 14th day of July, 2025.

CLAUDE J. KELLY
Federal Public Defender

*/s/ Maura Doherty*
MAURA DOHERTY
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Email: maura_doherty@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Troy Bell, Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: n/a.

>                    */s/ Maura Doherty*
>                    MAURA DOHERTY
>                    Federal Public Defender