UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 24-245 |
| KERNELIUS ALFORD | * | SECTION "D" |

## NOTICE OF HEARING

TO:    Troy Bell
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

Please take notice that the undersigned will bring the attached motion before the Honorable Wendy B. Vitter, United States District Judge, 500 Poydras Street, Room C352, New Orleans, Louisiana, at 1:30 p.m. on the 29th day of July, 2025.

Respectfully submitted this 14th day of July, 2025.

CLAUDE J. KELLY
Federal Public Defender

*/s/ Maura Doherty*
MAURA DOHERTY
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Email: maura_doherty@fd.org